JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIE CORBETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE ELEVANCE HEALTH COMPANIES, INC., THE ANTHEM COMPANIES, INC.; and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | Case No. 5:23-cv-01143-SVW-AFM<br><br>[Removed from San Bernardino Superior Court Case No. CIVSB2310435]<br><br>**ORDER RE: BINDING ARBITRATION & DISMISSAL WITH PREJUDICE** |

## ORDER

Pursuant to the Joint Stipulation Re Binding Arbitration & Dismissal with Prejudice ("Joint Stipulation") filed by Plaintiff Edie Corbett and Defendants The Elevance Health Companies, Inc. and The Anthem Companies, Inc., (the "Parties") and for good cause appearing, IT IS HEREBY ORDERED:

1. That Plaintiff's action is dismissed with prejudice and ordered to binding arbitration pursuant to the Parties' Joint Stipulation;

2. The arbitration proceedings shall be conducted in Los Angeles, California, in accordance with the Arbitration Policy (attached as Exhibit A to the Joint Stipulation) and applicable dispute resolution organization's current employment arbitration rules and procedures and/or upon mutual written agreement between the Parties;

3. Each party shall bear her/its own litigation costs and attorney's fees upon dismissal.

**IT IS SO ORDERED.**

Dated: July 20, 2023

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE BINDING ARBITRATION & DISMISSAL WITH PREJUDICE